IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01095-CMA-MJW

NATALIE PERKINS,

Plaintiff(s),

v.

EV3, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   Due to a conflict on the Court's calendar, it is hereby ORDERED that the Telephonic Status Conference set on October 5, 2009, at 1:30 p.m., is VACATED and RESET on October 5, 2009, at **8:00 a.m.**  The parties shall contact the court by calling (303) 844-2403.

Date:   September 24, 2009