IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01095-CMA-MJW

NATALIE PERKINS,

    Plaintiff,

v.

EV3, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the Court on the Stipulation for Dismissal With Prejudice (Doc. # 25). The Court having considered the Stipulation for Dismissal, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys fees.

    DATED: December 21, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge